March 4, 2022

FBI
Attn: FOIPA Request
200 Constitution Drive
Winchester, VA 22602

Dear FOIA Officer

This is a request under the Freedom of Information Act.

Date range of request: October 9, 2021

Description of request: I am requesting information regarding the take-down of ▇▇▇▇ at LaGuardia Airport, Queens, New York on American flight 4871.

Please search the FBI's indices to the Central Records System for the information responsive to this request related to: ▇▇▇▇

I am willing to pay up to $100.00 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request.

I seek information for personal use and not for commercial use.

Thank you for your consideration,

Name: ▇▇▇▇
Business: c/o Motley Rice LLC
Street Address: 28 Bridgeside Blvd.
City/State/Zip Code: Mt. Pleasant, SC 29464
Country: USA
Telephone:
Email:

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Codes (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.00



PLAINTIFF'S
EXHIBIT
A