**MotleyRice** LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**Mary F. Schiavo**
*Licensed in DC, FL, MD, MO, SC*
direct: 843-216-9138
Facsimile: 843-216-9440
mschiavo@motleyrice.com

January 5, 2023

**VIA ELECTRONIC TRANSMISSION AND REGULAR MAIL**
Michael G. Seidel
Section Chief, Record/Information Dissemination Section
FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001
mseidel@fbi.gov

    Re:    E.B. v. American Airlines, Inc., and Republic Airways, Inc.
           Case No. 22-cv-04815 ENV-RLM
           FOIPA: 1524501-000

Dear Mr. Siedel:

    On March 11, 2022, you sent the attached acknowledgment of ▇▇▇▇▇▇ request for all records related to ▇▇ and ▇ detainment and questioning at LaGuardia airport on October 9, 2021, after ▇ flight for Indianapolis to New York on American Airlines flight 4871.

    FBI agents detained, jailed, searched ▇ person and property, phone, camera, and subjected ▇ ▇▇▇▇ to mug shots. The FBI released ▇▇▇▇▇▇ stating ▇ detention was a "misunderstanding." Therefore, ▇ was not charged with any crime and no criminal investigation is ongoing.

    As instructed on page 2, of your letter we have been patiently and diligently checking on line at the FBI FOIPA status webpage and it continues to state only that the FBI is awaiting the assignment of a Government Information Specialist (GIS) for further processing. See attached copy of your webpage on update as of today.

    We are now in litigation in the United States District Court for the Eastern District of New York. The U.S. District Court requested we inform the FBI that these documents are urgently needed, and that the court will assist with an appropriate order to the FBI if these documents are not expediently produced to ▇▇▇▇▇▇▇.

    Please produce this material forthwith to ▇▇▇▇▇▇▇▇ in care of ▇ counsel as follows:

    ▇▇▇▇▇▇▇▇
    c/o Mary Schiavo, Motley Rice LLC
    28 Bridgeside Blvd.
    Mt. Pleasant, SC 29464

    Counsel for Plaintiff will properly produce responsive evidence to all parties in the litigation and advise the court if further court orders are required.

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | WASHINGTON, DC | NEW YORK, NY
MORGANTOWN, WV | CHARLESTON, WV | PHILADELPHIA, PA | CHERRY HILL, NJ

**PLAINTIFF'S EXHIBIT C**



Michael G. Seidel
January 5, 2023
Re: E.B. v. American Airlines, Inc., et al.
Page 2

Thank you for your prompt attention to this matter.

Sincerely yours,

*Mary Schiavo*

Mary Schiavo
MS/kp

Enclosures:   FBI Letter
              FBI Website, FOIA/Privacy Request Update